**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Carrie Lynn Gold<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-12217 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2FEDERAL HOME LOAN MORTGAGE CORPORATION and index same on the master mailing list.

      Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
02 Aug 2023, 09:11:25, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322