UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CARRIE GOLD, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 23-12217 |

**O R D E R**

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is **ORDERED** that the Motion is granted. The deadline to file all missing documents is extended to August 21, 2023

Dated: 8/10/23

*BY THE COURT:*

*(signature)*

**PATRICIA MAYER,**
*U.S. BANKRUPTCY JUDGE*