# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Carrie Lynn Gold**                                                   Case No.  **23-12217**
                          Debtor(s)                                            Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **August 23, 2023**                         **/s/ Carrie Lynn Gold**
                                                **Carrie Lynn Gold**
                                                Signature of Debtor