# EXHIBIT A

**4:53**      ..ıll LTE 🔋

WEST READING PA

Date

Jan 5, 2024

Amount

-$14.83

Balance

$7.25

---

 ACH Withdrawal SELECT PORTFOLIO, RETRY PYMT, Carrie L Gold

Date

Jan 5, 2024

Amount

-$854.53

Balance

$22.08

---

 ATM Deposit DISCOVERY 2744 CENTURY BLVD WYOMISSING PA

Date

Jan 4, 2024

Amount

Balance





**4:55**                                      LTE

Nov 24, 2023

Amount                                        Balance

**-$2.99**                                    **$297.63**

---

 Deposit Transfer From Christian L Gold
*****2331 S 0004

Date

Nov 24, 2023

Amount                                        Balance

**$200.00**                                   **$300.62**

---

 ACH Withdrawal SELECT PORTFOLIO,
RETRY PYMT, Carrie L Gold

Date

Nov 24, 2023

Amount                                        Balance

**-$781.83**                                  **$100.62**

---

# $120.00

# $876.61



## Deposit Transfer From Christian L Gold
*****2331 S 0004

Date

Jan 4, 2024





## Withdrawal SEZZLE INC sezzle.com MN

Date

# Nov 23, 2023

Amount                                                                    Balance

## -$8.99                                                          $882.45

 Withdrawal VENMO* (2023-11-22) Visa

🔒 **banking.discoveryfcu.org**