**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.:23-12217-pmm** |
| | **CHAPTER 13** |
| **Carrie Lynn Gold,** | |
| **Debtor.** | |
| _____ / | |

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT**, on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: 38), filed on February 15, 2024.**

By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA I.D 62414
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: mimcgowan@raslg.com
Attorney for Movant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Carrie Lynn Gold
2923 Newport Way
Reading, PA 19608

JOSEPH T. BAMBRICK, JR.
Joseph T. Bambrick Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

SCOTT F. WATERMAN
Email: ECFMail@ReadingCh13.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Michelle L. McGowan
    Michelle L. McGowan, Esq.