Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12217-PMM**

Carrie Lynn Gold  
2923 Newport Way  
Reading  PA   19608

Petition Filed Date: 07/26/2023  
341 Hearing Date: 10/17/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | $500.00 | | 10/23/2023 | $250.00 | | 11/07/2023 | $250.00 | |
| 12/07/2023 | $500.00 | | 01/02/2024 | $500.00 | | 01/25/2024 | $500.00 | |
| 01/31/2024 | $500.00 | | 03/07/2024 | $500.00 | | 04/05/2024 | $500.00 | |
| 05/09/2024 | $500.00 | | 06/13/2024 | $500.00 | | 07/15/2024 | $500.00 | |

**Total Receipts for the Period: $5,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,225.86 | $0.00 | $0.00 |
| 2 | UGI UTILITIES INC<br>»» 002 | Unsecured Creditors | $3,507.95 | $0.00 | $0.00 |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 003 | Unsecured Creditors | $204.62 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $444.45 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $121.92 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $172.21 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 007 | Unsecured Creditors | $232.00 | $0.00 | $0.00 |
| 8 | CARVANA, LLC/BRIDGECREST<br>»» 008 | Secured Creditors | $464.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $451.57 | $0.00 | $0.00 |
| 10 | COUNTRY DOOR<br>»» 010 | Unsecured Creditors | $649.13 | $0.00 | $0.00 |
| 11 | SPRING OAKS CAPITAL SPV LLC<br>»» 011 | Unsecured Creditors | $1,260.88 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL GROUP LLC<br>»» 012 | Unsecured Creditors | $2,456.46 | $0.00 | $0.00 |
| 13 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Mortgage Arrears | $9,110.82 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12217-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Current Monthly Payment: | $756.66 |
| Paid to Claims: | $0.00 | Arrearages: | $756.66 |
| Paid to Trustee: | $595.00 | Total Plan Base: | $42,319.68 |
| Funds on Hand: | $5,405.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.