United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Carrie Lynn Gold  
    Debtor

Case No. 23-12217-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 05, 2024      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carrie Lynn Gold, 2923 Newport Way, Reading, PA 19608-2106 |
| cr | + | Beacon Court Homeowners Association, c/o RKG Law, 101 North Pointe Boulevard, Suite 202, Lancaster, PA 17601-4108 |
| 14808898 | | Beavon Court Associations, PO Box 60005, Newark, NJ 07101-8052 |
| 14808899 | + | Bridgecrest, 15001 Trinity Blvd, Fort Worth, TX 76155-2648 |
| 14808901 | | Comcast Cable, PO Box 55126, Boston, MA 02205-5126 |
| 14804706 | + | Federal Home Loan Corporation, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |
| 14808907 | | PPL Elcectric, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 14808908 | + | Reading Hospital, PO Box 16053, Reading, PA 19612-6053 |
| 14808912 | + | St. Lukes Hospital, 801 Ustrum Street, Bethlehem, PA 18015-1065 |
| 14808913 | + | UGI, PO Box 15503, Wilmington, DE 19850-5503 |
| 14808914 | | Wyo West Fitness, PO Box 6800, North Little Rock, AR 72124-6800 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 06 2024 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2024 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2024 00:13:33 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14804048 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2024 00:25:07 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14808900 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2024 00:13:11 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14812771 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2024 00:24:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14812725 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2024 00:41:08 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14805141 | + | Email/Text: bankruptcy@cavps.com | Sep 06 2024 00:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14808902 | | Email/Text: bankruptcy@sccompanies.com | Sep 06 2024 00:16:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14815867 | + | Email/Text: bankruptcy@sccompanies.com | Sep 06 2024 00:16:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14804589 | | ^ MEBN | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Sent Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 06 2024 00:05:14 | FEDERAL HOME LOAN MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14808903 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 06 2024 00:15:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 14820533 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 06 2024 00:16:00 | Federal Home Loan Mortgage Corporation, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14805128 | + | Email/Text: RASEBN@raslg.com | Sep 06 2024 00:15:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14805350 | + | Email/Text: RASEBN@raslg.com | Sep 06 2024 00:15:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane & Pa, c/o Cristina DiGiannantonio, 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14808904 | + | Email/Text: bankruptcy@fultonbank.com | Sep 06 2024 00:16:00 | Fulton Bank, 1695 State Street, East Petersburg, PA 17520-1328 |
| 14808905 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 06 2024 00:16:00 | Indigo, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14808906 | | Email/PDF: cbp@omf.com | Sep 06 2024 00:10:50 | One Mian Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 14810039 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2024 00:15:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14847198 | + | Email/Text: RASEBN@raslg.com | Sep 06 2024 00:15:00 | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, c/o Michelle L. McGowan, Esq., 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14808911 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 06 2024 00:16:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14816246 | | Email/Text: bankruptcy@springoakscapital.com | Sep 06 2024 00:15:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14806583 | | Email/Text: bkrcy@ugi.com | Sep 06 2024 00:16:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14804050 | *+ | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14846284 | *+ | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14808909 | *+ | Reading Hospital, PO Box 16053, Reading, PA 19612-6053 |
| 14808910 | *+ | Reading Hospital, PO Box 16053, Reading, PA 19612-6053 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 05, 2024 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

**Name**              **Email Address**

AARON S. MARINES
    on behalf of Creditor Beacon Court Homeowners Association asm@rkglaw.com  dls@rkglaw.com;dpp@rkglaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Carrie Lynn Gold NO1JTB@juno.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Federal Home Loan Mortgage Corporation  As Trustee For The Benefit Of The Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Carrie Lynn Gold<br><br>                        Debtor | Chapter 13<br><br>Bankruptcy No. 23-12217-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 5, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE