

**Name**
Carrie Gold

**Address**
2923 Newport Way, Reading, PA, 19608



**Status**
Complete

**Transaction ID**
16794587

**Amount**
$600.00

**Trustee Name**
SCOTT WATERMAN

**Case Number**
23-12217

**Date Arrived**
September 10, 2024

**Date Started**
September 03, 2024

**Date Cleared**
September 09, 2024

**Account Number**
XXXXXX3706

**Routing Number**
231385646







**Trustee Name**
SCOTT WATERMAN

**Case Number**
23-12217

**Date Arrived**
September 12, 2024

**Date Started**
September 05, 2024

**Date Cleared**
September 11, 2024

**Account Number**
XXXXXX3706

**Routing Number**
231385646