**IN RE:**

|  |  |  |
|---|---|---|
| **CARRIE GOLD,** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor,** | **:** | **BANKRUPTCY NO: 23-12217** |

## WITHDRAW MOTION FOR RECONSIDERATION

The petitioner herein withdraws the Motion for Reconsideration that was filed September 18, 2024.

**Respectfully submitted by,**

Dated: _October 30, 2024                  _/s/Joseph Bambrick_____

JOSEPH T. BAMBRICK JR, ESQUIRE
ATTORNEY ID 45112
ATTORNEY FOR DEBTOR
529 READING AVENUE
WEST READING PA  19611
Phone 610/372-6400 Fax 610/372/9483